1  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
2  JESSE J. KOEHLER (S.B. #300530)
   jkoehler@omm.com
3  ASHISH SUDHAKARAN (S.B. #312941)
   asudhakaran@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:     (415) 984-8700
6  Facsimile:     (415) 984-8701

7  Attorneys for Plaintiff
   ARTIFEX SOFTWARE, INC.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 | ARTIFEX SOFTWARE, INC., | Case No. 3:18-cv-00971-JD
13 |            Plaintiff,   | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**
14 |      v.                 |
15 | CONDUIT LTD.,           |
16 |            Defendant.   |

**STIPULATION**

Plaintiff Artifex Software, Inc. ("Artifex") and defendant Conduit, Ltd. ("Conduit"), through their respective counsel of record, and subject to the approval of the court, hereby agree and stipulate as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Artifex hereby dismisses with prejudice all claims against Conduit in the above-captioned case. Each party shall bear its own attorneys' fees and costs.

**SO STIPULATED.**

Dated: September 17, 2018        DARIN W. SNYDER
                                 O'MELVENY & MYERS LLP


                                 By: */s/ Darin W. Snyder*
                                     Darin W. Snyder

                                     Attorneys for Plaintiff
                                     ARTIFEX SOFTWARE, INC.

Dated: September 17, 2018        GUY YONAY
                                 PEARL COHEN ZEDEK LATZER BARATZ LLP


                                 By: */s/ Guy Yonay*
                                     Guy Yonay

                                     Attorneys for Defendant
                                     CONDUIT, LTD.

.

**ATTESTATION**

I hereby attest that the other signatory listed concurs in this filing's content and has authorized the filing.

Dated: September 17, 2018     O'MELVENY & MYERS LLP

By:   */s/ Darin W. Snyder*
         Darin W. Snyder

**[PROPOSED] ORDER**

IT IS ORDERED that the forgoing Stipulation of Dismissal with Prejudice is approved.

Dated: _____, 2018    _____
Honorable James Donato
United States District Judge
Northern District of California